# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KATHLEEN FERGUSON, | No. ED CV 11-393-ODW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Director of the California Department of Corrections and Rehabilitation, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:
April 23, 2012

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE